THE CITY OF BUFFALO, Appellant, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILWAY COMPANY, Respondent.

*City of Buffalo* v. *Delaware, L. & W. Ry. Co.*, 68 App. Div. 488, appeal withdrawn.
(Argued November 16, 1903; decided November 17, 1903.)

MOTION to withdraw part of appeal from judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 19, 1902, which affirmed so much of a judgment of the court on trial at an Equity Term as was in favor of the defendant and reversed so much of said judgment as was in favor of plaintiff and granted a new trial.

The motion was made upon the ground that the appeal from that part of the judgment reversing on the law and the facts and granting a new trial was taken inadvertently, plaintiff's counsel not having in mind the provision of law that the Court of Appeals has no jurisdiction to review where disputed questions of law are involved.

*Charles L. Feldman, Corporation Counsel (Edward L. Jung* of counsel), for motion.

*John G. Milburn* opposed.

Motion granted upon payment of $150, and the argument of the appeal remaining in this court is set down for the third Monday of January next.